**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION**

| | | |
|---|---|---|
| **IN RE** | * | |
| | * | **Case No. 23-13783-DER** |
| **JOSEPH G. GORSKI** | * | **Chapter 13** |
| | * | |
| **Debtor.** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE
## PURSUANT TO 11 U.S.C. § 1307(b)

Joseph G. Gorski (the "Debtor"), by and through his undersigned counsel, files this Motion to Dismiss Chapter 13 Case pursuant to 11 U.S.C. § 1307(b) and, in support thereof, states as follow:

1.     On May 30, 2023, the Debtor commenced a petition for relief under Chapter 13 of Title 11 of the United States Code.

2.     Rebecca Herr was appointed standing Chapter 13 Trustee of the Debtor's estate and continues to serve in that capacity.

3.     On July 22, 2024, the Debtor filed an Amended Chapter 13 Plan (the "Plan") [Docket No. 37].

4.     On September 9, 2024, the Court entered an Order confirming the Plan [Docket No. 41].

5.     Section 1307(b) provides, in relevant part, that "if the case has not been converted under section 706, 1112, or 1208 of this title, the court shall dismiss a case under this chapter."

6.     This case has not been converted under sections 706, 1112 or 1208.  Accordingly, the Debtor respectfully requests that the Court enter an Order dismissing the above-captioned Chapter 13 bankruptcy case.

WHEREFORE, Joseph G. Gorski respectfully requests that the Court enter an Order dismissing the above-captioned Chapter 13 Case and grant such other and further relief as is just and appropriate.

Dated:  03/25/2025

Respectfully submitted,

MCNAMEE, HOSEA, P.A.

**/s/  Steven L. Goldberg**
Steven L. Goldberg (Fed Bar 28089)
6404 Ivy Lane, Suite 820
Greenbelt, Maryland  20770
Telephone: (301) 441-2420
Facsimile: (301) 982-9540
sgoldberg@mhlawyers.com
Attorneys for Debtor

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **25th day of March, 2025**, a copy of the foregoing

Motion to Dismiss and Notice of Motion was served to the following, in the manner set forth

below:

**By CM/ECF:**

**Rebecca Herr (**ecf@ch13md.com)
**Nikita Joshi** (Nikita.Joshi@bww-law.com)
**Elizabeth Parrott** (elizabeth.parrott@mccalla.com)

**By First Class Mail:**

**To all creditors on the attached mailing matrix.**

/s/ Steven L. Goldberg
**Steven L. Goldberg**

Label Matrix for local noticing
0416-1
Case 23-13783
District of Maryland
Baltimore
Tue Mar 25 13:14:11 EDT 2025

BANK OF AMERICA, N.A.
PO BOX 31785
TAMPA, FL 33631-3785

Resurgent Receivables LLC
PO Box 10587
Greenville, SC 29603-0587

THE BANK OF NEW YORK MELLON TRUST COMPANY, N
c/o Elizabeth H Parrott
McCalla Raymer Leibert Pierce
1544 Old Alabama Rd
Roswell, GA 30076-2102

The Bank of New York Mellon Trust Company, N
14841 Dallas Parkway, Suite 350
Dallas, TX 75254-7685

The Bank of New York Mellon Trust Company, N
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852-3813

The Bank of New York Mellon Trust Company, N
c/o BWW Law Group, LLC
6003 Executive Blvd.
Suite 101
Rockville, MD 20852-3813

Baltimore
Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201-2605

Ally Bank
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

(p)ANNE ARUNDEL COUNTY OFFICE OF LAW
ATTN MARGARET V DALL'ACQUA
2660 RIVA ROAD
4TH FLOOR
ANNAPOLIS MD 21401-7180

(p)BWW LAW GROUP LLC
6003 EXECUTIVE BLVD
SUITE 101
ROCKVILLE MD 20852-3813

Bank of America
P.O. Box 31690
Tampa, FL 33631-3690

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bank of New York Mellon Trust Company
c/o Bank of America
P.O. Box 31785
Tampa, FL 33631-3785

(p)COMPTROLLER OF MARYLAND
BANKRUPTCY UNIT
7 ST PAUL STREET SUITE 230
BALTIMORE MD 21202-1626

Department of Treasury
c/o Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

NewRez LLC d/b/a Shellpoint Mortgage Servici
P.O. Box 10826
Greenville, South Carolina 29603-0826

Ollo Card
P.O. Box 660371
Dallas, TX 75266-0371

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2226

The Bank of New York Mellon Trust Company
c/o Bank of America, N.A.
PO Box 31785
Tampa, FL 33631-3785

Toyota Motor Credit Corporation
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Truist Bank
P.O. Box 305053
Nashville, TN 37230-5053

Truist Bank
P.O. Box 85092
RICHMOND, VA 23286-0001

United States Department of Labor
1335 East-West Highway
Suite 200
Silver Spring, MD 20910-6253

Joseph G Gorski
400 Ferry Point Rd
Annapolis, MD 21403-1306

Rebecca A. Herr
Chapter 13 Trustee
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401-7623

Steven L. Goldberg
McNamee Hosea
6404 Ivy Lane, Suite 820
Ste 200
Greenbelt, MD 20770-1416

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Anne Arundel County
Office of Finance
Attn: Bankruptcy Administrator
PO Box 2700, MS 1103
Annapolis, MD 21404

BWW Law Group, LLC
6003 Executive Blvd., Ste.101
Rockville, MD 20852

Bank of America
P.O. Box 982234
El Paso, TX 79998

Comptroller of Maryland
Compliance Division
301 West Preston Street, Room 409
Baltimore, MD 21201

(d)Comptroller of the Treasury
Compliance Division, Room 409
301 W. Preston Street
Baltimore, MD 21201


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)BANK OF AMERICA, N.A.
PO Box 31785
TAMPA, FL 33631-3785

(u)THE BANK OF NEW YORK MELLON TRUST COMPANY,

(d)Resurgent Receivables LLC
PO Box 10587
Greenville, SC 29603-0587


End of Label Matrix
Mailable recipients    26
Bypassed recipients     3
Total                  29